**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RONALD V.G.,

                Plaintiff,                        22 **CIVIL** 0702 (GRJ)

    -against-                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons set forth in the Court's Decision and Order dated June 21, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 12) is DENIED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 14) is GRANTED; and this case is DISMISSED; accordingly, this case is closed.

**Dated:**  New York, New York
          June 29, 2023

                                                        **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                          **BY:**

                                                         **Deputy Clerk**